FILE COPY

No. 07-15-00161-CR

| | | |
|---|---|---|
| Amir Mustafa Kariem<br>　Appellant | § | From the 108th District Court<br>　of Potter County |
| | § | |
| v. | | June 9, 2015 |
| | § | |
| The State of Texas<br>　Appellee | §<br>§ | Opinion Per Curiam |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 9, 2015, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o